

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2016

**BY E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>**United States v. Paul Ceglia**</u>,
                 **12 Cr. 876 (VSB)**

Dear Judge Broderick:

      The Government writes pursuant to the Court's June 6, 2016 Order to advise the Court regarding the Government's efforts to locate Paul Ceglia, the above-captioned defendant ("Ceglia"), and to enforce the Bail Forfeiture Order entered by the Court. As was the case when last the Government update the Court on December 29, 2015, Ceglia remains a fugitive – his location, as well as that of his wife and two minor children, remain unknown. The Government, in particular the United States Marshals Service, continues to diligently investigate Ceglia's whereabouts as well as those who may be assisting him in flight, using a variety of law enforcement tools and following up on leads from those responding to requests for information.

      The Government's Financial Litigation Unit ("FLU") has determined that the properties subject to forfeiture under the Bail Forfeiture Order have no recoverable value due to extensive tax liens. With respect to co-signor Brendan Ceglia, FLU obtained a financial statement from Mr. Ceglia and placed him on a payment schedule of 10% of gross income, but he has made no payments to date. In light of his failure to make voluntary payments, FLU will shortly file an application for a writ of garnishment to recover a portion of his earnings. With respect to co-signors Carmine and Veronica Ceglia, a/k/a Vera Ceglia, FLU has entered them into the Treasury Offset Program which will enable the Government to recover all or a portion of payments to them from the Government, such as a portion of any social security payments. No funds have yet been recovered through the Program.

      The Government will update the Court again regarding the efforts to locate Ceglia and

Honorable Vernon S. Broderick
June 23, 2016
Page 2

collect from Ceglia's co-signors in four months, by Monday, October 24, 2016, unless there are significant developments warranting an earlier notification.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney

By:     ____/s/ Alexander Wilson_____
           Janis M. Echenberg / Alexander J. Wilson
           Assistant United States Attorneys
           (212) 637-2597 / 2453

cc:  Robert Ross Fogg, Esq.
      Gil Messina, Esq.