

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2017

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: **United States v. Paul Ceglia**,
    **12 Cr. 876 (VSB)**

Dear Judge Broderick:

  The Government writes pursuant to the Court's June 6, 2016 Order to advise the Court regarding the Government's efforts to locate Paul Ceglia, the above-captioned defendant ("Ceglia"). As was the case when the Government last updated the Court on October 24, 2016, Ceglia remains a fugitive – his location, as well as that of his wife and two minor children, remain unknown. The Government, in particular the United States Marshals Service, continues to diligently investigate Ceglia's whereabouts as well as those who may be assisting him in flight, using a variety of law enforcement tools.

  The Government will update the Court again regarding the efforts to locate Ceglia in four months, by June 23, 2017, unless there are significant developments warranting an earlier notification.[1]

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

    By:   */s Janis Echenberg*
      Janis M. Echenberg / Alexander J. Wilson
      Assistant United States Attorneys
      (212) 637-2597 / 2453

cc (by ECF): Counsel for Ceglia

---

[1] The Government inadvertently failed to timely file this update letter, which was due February 24, 2017.