UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/1/2017__
```

UNITED STATES OF AMERICA,

-v-

**ORDER**

12-CR-876 (VSB)

PAUL CEGLIA,

                    Defendant.

VERNON S. BRODERICK, United States District Judge:

On May 26, 2017, I held a telephone conference with Paul Argentieri, counsel for

Defendant Ceglia in other civil actions, with respect to a letter and exhibits sent to Chambers.  I

have since filed Mr. Argentieri's submission on the docket.  (Doc. 185.)  To the extent that the

Government or the Defendant wish to submit any papers in connection with Mr. Argentieri's

submission, they are directed to do so on or before June 9, 2017.


SO ORDERED.

Dated:      June 1, 2017
            New York, New York

_____
Vernon S. Broderick
United States District Judge