

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2017

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Paul Ceglia,**
             **12 Cr. 876 (VSB)**

Dear Judge Broderick:

      The Government writes to advise the Court regarding the Government's efforts to locate Paul Ceglia, the above-captioned defendant ("Ceglia"). As was the case when the Government last updated the Court on March 2, 2017, Ceglia remains a fugitive – his location, as well as that of his wife and two minor children, remain unknown. The Government, in particular the United States Marshals Service, continues to diligently investigate Ceglia's whereabouts as well as those who may be assisting him in flight, using a variety of law enforcement tools.

      The Government will update the Court again regarding the efforts to locate Ceglia in four months, by October 23, 2017, unless there are significant developments warranting an earlier notification.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

      By:    */s Alexander Wilson*
             Janis M. Echenberg / Alexander J. Wilson
             Assistant United States Attorneys
             (212) 637-2597 / 2453

cc (by ECF): Counsel for Ceglia