



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Paul Ceglia,**
             **12 Cr. 876 (VSB)**

Dear Judge Broderick:

    The Government writes to inform the Court regarding the status of the Government's efforts to extradite Paul Ceglia from Ecuador to face charges in the above-captioned case. The Government understands that on or about February 13, 2019, the National Court of Justice ("NCJ") denied the defendant's appeal of the extradition order issued on November 15, 2018. The Government also understands that the decision now passes to the President of Ecuador, who has the final authority to order extradition or to overrule the NCJ. The Government has been advised that there is no deadline for the President to issue his final decision.

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney

                    By:    */s Sheb Swett*
                          Janis M. Echenberg / Alexander Wilson /
                          Sheb Swett
                          Assistant United States Attorneys
                          (212) 637-2597 / 2453 / 6522

cc (by ECF): Counsel for Ceglia