UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                      :
:
                     Plaintiff,       :
:       12-cr-876 (VSB)
     -against-                       :
:       **ORDER**
PAUL CEGLIA,                                   :
:
                    Defendant.       :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       This Order supersedes the Order filed on November 15, 2023.  (Doc. 212.)  On October 20, 2023, Defendant filed a motion to dismiss.  (Doc. 211.)  The deadline for the Government to respond to Defendant's motion was November 3, 2023.  Accordingly, it hereby ordered that the Government shall respond to Defendant's motion by December 15, 2023.

SO ORDERED.

Dated:    November 16, 2023
            New York, New York

                                                           VERNON S. BRODERICK
                                                            United States District Judge